IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ | * | CASE NO. 14-08190 ESL |
| | * | CHAPTER 13 |
| DEBTOR | | |
| | * | |

## CERTIFICATE OF SERVICE
### RE: *DEBTORS' (SECOND) OBJECTION TO CLAIMS NO. 7-1 & 8-1 FILED BY JOSE ISRAEL DROZ ALVARADO* DOCKET NO. 54

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for debtor, certify that on November 12, 2015, a true copy of the *Debtors'(Second) Objection to Claims No. 7-1 & 8-1 Filed by Jose Israel Droz Alvarado* docket no. 54, was sent via First Class U.S. mail postage prepaid to the following:

1. Jose Israel Droz Alvarado, 151 Cesar Gonzalez Street Plaza Antillana Apt 3403 San Juan PR 00918;
2. Evelio Droz Ramos and Aurea Esther Francos de Diaz, PO Box 3652 Bayamon PR 00958; and via U.S. Certified Mail to:

3. Jose Israel Droz Alvarado, 151 Cesar Gonzalez Street Plaza Antillana Apt 3403 San Juan PR 00918; U.S Certified Mail #7014 0150 001 1644 9546

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 16th day of November, 2015.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTORS
PO BOX 186 CAGUAS PR 00725
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com