IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-08190 ESL |
| EVELIO DROZ RAMOS | |
| AUREA ESTHER FRANCO DE DIAZ | CHAPTER 13 |
| | |
| DEBTOR | |

## CERTIFICATE OF SERVICE
### RE: DEBTORS' *NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN* DATED JANUARY 26, 2016 DOCKET NO. 64

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for debtor, certify that on January 26, 2016, a true copy of the debtors' *Notice of Filing of Amended Chapter 13 Plan,* filed in the above captioned case, docket entry # 64, was sent via U.S. Postal Service certified mail, to the following:

**PR Asset Portfolio International LLC, 270 Muñoz Rivera Avenue Suite 302 San Juan PR 00918; certified mail # 7014 0150 0001 1644 9560;**

**PR Asset Portfolio C/O Mendiz & Zapata, Lcdo. R.H. Zapata Yordan, 60 Jose Marti Street San Juan PR 00917, certified mail # 7014 0150 0001 1644 9553;**

Furthermore, I, Roberto Figueroa Carrasquillo, attorney for debtor, certify that on January 29, 2016, a true copy of the debtors' *Notice of Filing of Amended Chapter 13 Plan,* filed in the above captioned case, docket entry # 64, was sent via U.S. Postal Service certified mail, to: **Mabel Ayala Velez, Esq., Zapata Yordan Attorneys At Law, 327 Winston Churchill San Juan PR 00926, certified mail # 7014 0150 0001 1645 0139**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 29th day of January, 2016.

/s/*Roberto Figueroa Carrasquillo* USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTOR
PO BOX 186 CAGUAS PR 00725
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN JUAN, PR 00917  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.80 | |
| Certified Fee | $0.00 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.74 | 01/26/2016 |

Sent To: PR Asset Portfolio c/o Mending Zapata
Street, Apt. No.; or PO Box No.: Edo. R.H. Zapata Jordan
City, State, ZIP+4: 60 J. Martí St. San Juan PR 00917

PS Form 3800, August 2006                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN JUAN, PR 00918  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.80 | |
| Certified Fee | $0.00 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.74 | 01/26/2016 |

Sent To: PR Asset Portfolio Int'l LLC
Street, Apt. No.; or PO Box No.: 270 Muñoz Rivera Ave Ste 302
City, State, ZIP+4: San Juan PR 00918

PS Form 3800, August 2006                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN JUAN, PR 00926  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.80 | |
| Certified Fee | $0.00 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.74 | 01/29/2016 |

Sent To: Mabel Ayala Vily, Esq. Zapata Jordan Law
Street, Apt. No.; or PO Box No.: 327 Winston Churchill
City, State, ZIP+4: San Juan PR 00926

PS Form 3800, August 2006                See Reverse for Instructions