UNITED STATES BANKRUPTCY COURT
*District of Puerto Rico*

| | |
|---|---|
| *IN THE MATTER OF:* <br><br> *EVELIO DROZ RAMOS* <br><br> *AUREA ESTHER FRANCO DE DIAZ* <br> aka AUREA DROZ, aka AUREA ESTHER FRANCO, aka AUREA FRANCO DIAZ, aka AUREA ESTHER FRANCO DIAZ <br><br><br> *xxx–xx–9253* <br> *xxx–xx–2529* <br> Debtor(s) | Case No. 14–08190 ESL <br><br> Chapter 13 <br><br><br><br><br><br> FILED & ENTERED ON <br> *3/1/16* |

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

A hearing will be held at 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR 00901 on Wednesday, July 6, 2016 at 02:00 PM to act upon the following matters:

CONFIRMATION HEARING

Deadline to Object to Confirmation of the Plan: Objections must be filed not later than seven (7) days prior to the hearing on confirmation as per P.R. Local Rule 3015–2(c).

San Juan, Puerto Rico, The 1st of March, 2016.

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court

By:*CARMINA ROSADO LOZA*
 Deputy Clerk