IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE * BKRTCY. NO. 14-08190 ESL

EVELIO DROZ RAMOS * CHAPTER 13
AUREA ESTHER FRANCO DE DIAZ
 *

DEBTORS

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COME NOW, **EVELIO DROZ RAMOS and AUREA ESTHER FRANCO DE DIAZ,** debtors in the above captioned case, through the undersigned attorney and very respectfully state and pray as follows:

1. The debtors are hereby submitting an amended Chapter 13 Plan, dated July 18, 2016, herewith and attached to this motion.

2. The Chapter 13 Plan is amended to provide for POC #12-1 filed by PR Asset Portfolio 2013-1 International LLC ("PRAPI"), stating that since debtors filed an adversary proceeding to determine the validity of PRAPI's mortgage lien, the debtors' treatment of PRAPI's claim hinges on the outcome of said adversary proceeding, in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via US Regular Mailto PR Asset Portfolio 2013-1 International LLC, 270 Muñoz Rivera Avenue Suite 302 San Juan PR 00918; Briseida Y Delgado Miranda, Esq. Counsel for PR Asset Portfolio, PMB 112 130 Winston Churchill Suite 1 San Juan PR 00926; and via regular mail to the debtors and to all creditors and parties in interest appearing on the master address list, hereby attached.

## NOTICE

**The debtors' proposed amended Plan dated July 18, 2016, copy of which is attached to this motion, contains provisions that may affect your claim(s) as a named creditor in the above captioned case.**

**Therefore, you are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has**

Page -2 –
Notice of Amended Chapter 13 Plan
Case no. 14-08190 ESL13

been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 20th day of July, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONERS/DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                      Case No. 3:14-bk-8190

DROZ RAMOS, EVELIO & FRANCO DE DIAZ, AUREA ESTHER          Chapter 13
                                    Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                            ☑ AMENDED PLAN DATED: **7/18/2016**
☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 300.00 | x | 3 | = $ | 900.00 |
| $ | 445.00 | x | 33 | = $ | 14,685.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ 15,585.00

Additional Payments:
$ **70,000.00** to be paid as a LUMP SUM within **36 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
Liquidation of hereditary interest in real property Barranquitas PR (36 mos.)

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 85,585.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,993.00**

Signed: _/s/_
        Debtor
        Aurea Franco Diaz
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Santander PR**     Cr. _____     Cr. _____
# **Claim 3-1**           # _____           # _____
$ **5,871.74**     $ _____     $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Department of Treas**    Cr. _____    Cr. _____
# **xxx-xx-9253**        # _____        # _____
$ **1,831.49**     $ _____     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____           # _____           # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**Santander PR**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____           # _____           # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* Debtors will pay all duly filed unsecured claims in full (100% + 4.25% interest per annum), through the Chapter 13 Plan.
* Claim #4-1 filed by Jose Israel Droz Alvarado to be paid directly upon liquidation of hereditary interest (25%) in real property located at Barranquitas, PR.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* PR Asset Portfolio 2013-1 International LLC ("PRAPI") POC #12-1 debtors filed an Adversary Proceeding pursuant to Rule 7001(b) requesting the Court to determine the validity of PRAPI's lien. PRAPI's treatment as a creditor in the present case inges on the outcome of the aforestated adversary proceeding.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**             Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          American Express Centurion Bank          Banco Santander de PR as servicing agent of
0104-3                                   c/o Becket and Lee LLP                   Martinez & Torres Law Offices, PSC
Case 14-08190-ESL13                      POB 3001                                 PO Box 192938
District of Puerto Rico                  Malvern, PA 19355-0701                   San Juan, PR 00919-3409
Old San Juan
Wed Jul 20 12:00:39 AST 2016

PR ASSET PORTFOLIO 2013-1 INTERNATIONAL, LLC   US Bankruptcy Court District of P.R.    Department of Treasury
270 Munoz Rivera, Suite 201                    Jose V Toledo Fed Bldg & US Courthouse  Bankruptcy Section (424)
Hato Rey, PR 00918-1905                        300 Recinto Sur Street, Room 109        P.O. Box 9024140
                                               San Juan, PR 00901-1964                 San Juan PR 00902-4140

Amex                                     Banco Popular de PR as servicing agent of Fa   Banco Santander de PR as a servicing agent
Po Box 297871                            PO. Box 192938                                 of Fannie Mae
Fort Lauderdale, FL 33329-7871           San Juan PR 00919-3409                         Martinez & Torres Law Offices, P.S.C
                                                                                        PO.Box 192938
                                                                                        San Juan , PR 00919-3409

Banco Santander de PR as servicing Agent Of    (p)BANK OF AMERICA                Cavalry SPV I, LLC
Martinez & Torres Law Offices, P.S.C           PO BOX 982238                     500 Summit Lake Drive, Ste 400
PO.Box 192938                                  EL PASO TX 79998-2238             Valhalla, NY 10595-1340
San Juan, PR 00919-3409

Claro                                    Department Stores National Bank For Macys Br   Discover Bank
Po Box 360998                            Bankruptcy Processing                          DB Servicing Corporation
San Juan, PR 00936-0998                  Po Box 8053                                    PO Box 3025
                                         Mason, OH 45040-8053                           New Albany, OH 43054-3025

Discover Fin Svcs Llc                    Hsbc Bank Nevada N.a. Office            Israel Droz Alvarado
Po Box 15316                             Po Box 10497                            Cond Plaza Antillana Apt 3403
Wilmington, DE 19850-5316                Greenville, SC 29603-0497               San Juan, PR 00918

JOSE ISRAEL DROZ ALVARADO                LVNV Funding, LLC its successors and assigns   Lvnv Funding Llc
151 CESAR GONZALEZ ST                    assignee of HSBC Private Label                 PO Box 10497
PLAZA ANTILLA APT 3403                   Acquisition Corporation (USA)                  Greenville, SC 29603-0497
SAN JUAN PR 00918                        Resurgent Capital Services
                                         PO Box 10587
                                         Greenville, SC 29603-0587

PR ASSET PORTFOLIO 2013-1 INT I LLC      PR ASSET PORTFOLIO 2013-1, INTERNATIONAL, LL   Rene M Torres Platet, Esq.
C/O MENDIN & ZAPATA                      270 MUNOZ RIVERA AVE SUITE 201                 Urb Extension Roosevelt 476 R Lamar
60 JOSE MARTI STREET                     SAN JUAN, PR 00918-1905                        San Juan, PR 00918
SAN JUAN, PR 00917-3104

Santander PR                             Second Round Lp                         Syncb/jc Penney Pr
PO Box 71504                             4150 Freidrich Ln                       Po Box 965007
San Kuan, PR 00936-8604                  Austin, TX 78744-1052                   Orlando, FL 32896-5007

Synchrony Bank Fka Ge Capital            AUREA ESTHER FRANCO DE DIAZ             EVELIO DROZ RAMOS
4150 Friedrich Lane Suit                 PO BOX 3652                             PO BOX 3652
Austin, TX 78744-1800                    BAYAMON GARDENS STA                     BAYAMON GARDENS STA
                                         BAYAMON, PR 00958-0652                  BAYAMON, PR 00958-0652
```

```
JOSE RAMON CARRION MORALES        MONSITA LECAROZ ARRIBAS              ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                    OFFICE OF THE US TRUSTEE (UST)       PO BOX 186
SAN JUAN, PR 00902-3884           OCHOA BUILDING                       CAGUAS, PR 00726-0186
                                  500 TANCA STREET SUITE 301
                                  SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer
Po Box 982235
El Paso, TX  79998
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)American Express Centurion Bank     End of Label Matrix
c/o Becket and Lee LLP                 Mailable recipients   32
POB 3001                               Bypassed recipients    1
Malvern  PA 19355-0701                 Total                 33
```