# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 14-08190/ESL |
| EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ | CHAPTER 13 |
| DEBTORS | |

## DEBTORS' MOTION REQUESTING ORDER
## RE: AUTHORIZATION TO USE FUNDS FROM 2016 TAX REFUND

TO THE HONORABLE COURT:

**NOW COME, EVELIO DROZ RAMOS and AUREA ESTHER FRANCO DE DIAZ,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors' confirmed Plan dated January 5, 2016, provides that debtors' tax refunds will be paid into the Plan. See docket #59.

2. The debtors have received the 2016 tax refund in the sum of $1,155.00. Attached is copy of bank account statement, dated August 1, 2017, which reflects the direct deposit of the 2016 tax refund issued by Puerto Rico Treasury Department.

3. The debtors respectfully submit to the Court that they need to use these fund to pay for: car repair expenses in the sum $1,206.87. Attached is copy of car repair estimate/invoice.

4. The debtors are in need to use the funds from the 2015 "tax refund" to pay for these reasonable expenses. Furthermore, the debtors are living within a very "tight" budget which barely covers their living expenses and a Plan payment of $445.00.

5. Based on the above-stated, the debtors respectfully request this Court to Order the

Page - 2-
Debtor's Motion Requesting Order
Case no. 14-08190/ESL13

authorization of the use of these funds to allow the debtor to pay for these expenses with the "tax refund".

**WHEREFORE**, debtors, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2016 tax refund by the debtors to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtors, Evelio Droz Ramos and Aurea Esther Franco De Díaz, to the address of record: PO Box 3652, Bayamón PR 00958.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 21st day of August, 2017.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com





# Héctor Iván Colón
TÉCNICO AUTOMOTRIZ
LIC. 11679

Nº 179

TUNE UP  CARBURADORES  MOTORES
FULL INJECTION

Carretera, Núm. 167 Km. 20.2
Bo. Aldea, Bayamón, P.R.
(al Lado Garage Roberto Robert)

Celular (787) 484-6348 / 376-0738

| Customer Order No. | Phone | Date Agosto 10-2017 |
|---|---|---|
| Name Cuelo Diaz | | |
| Address | | Estimado |
| Tablilla No. HWK 664 | Modelo Volvo 940 1994 | |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 1 Bomba gasolina ext. | | 192 12 |
| | 1 bomba gasolina de adentro del tanque | | 79 40 |
| | montar bombas de gasolina | | 175 00 |
| | Reparacion tapa del Bloque | | 200 00 |
| | juntas tapas Blq, de admicion y escape, espreas, wolnuty | | 35 00 |
| | filtro gasolina | | |
| | 1 Kit de correa de dist. con bomba de agua | | 149.51 |
| | sacar y montar tapas del Bloque con el Kit de correa de dist | | 325 00 |
| | | | $1206.51 |

SIGNATURE _____

Scotiabank – IAP/IIP Application (Top Page)

Page 1 of 1

Client --> EVELIO DROZ RAMOS

### Retail Account - History

| | | | |
|---|---|---|---|
| CIF Key | 000000000718537 | Customer Name | EVELIO DROZ RAMOS |
| Account | 474448 | Transit | 41145 |
| Product Name | SCOTIAMAX PLUS-CHECKING-RES | Status | Active |
| Currency | USD | | |

IBP  Account Information  History  S-H-M-F Value  Standing Order  Service Charges History  AFAS Fee Product
Documents  Close Account  References

| | | | |
|---|---|---|---|
| Current Balance | $1,714.76 | Available Balance | $1,714.76 |
| Balance Forward | $136.82 | | |
| Transaction Amount | 1,155.00 | Transaction Date (YYYYMMDD) | |

| Posting Date | Transaction | Cheque Number | Txn Amount | Balance |
|---|---|---|---|---|
| 0801 | SPEC.AUTH.CREDIT - 21502017570829; DEPTO. HACIENDA REINTEGRO | | $1,155.00 | $1,281.82 |



http://toifibppr104p/transactor/Content/topPage.htm?TOIGCTXC64P_PR114MJ037X9AO_CDSClientTOIGCTXC64P_PR11... 8/17/2017

11:39 AM TOIFIBPPR104P\TOIGCTXC64P\PR114MJ03ZX9AO\MMATOS1

Ago. 18. 2017 9:19AM   Nº0315  P. 1