# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

EVELIO DROZ RAMOS
AUREA FRANCO DE DIAZ

Debtors

Case No.: 14-08190-ESL13

## MOTION TO INFORM ABSENCE FROM THE JURISDICTION

To the Honorable Court:

Secured Creditor PR Asset Portfolio 2013-1 International, LLC[1], by counsel, respectfully states and prays:

1. The undersigned attorney respectfully informs that she will be out of the jurisdiction from July 22, 2018 until July 29, 2018, and returning to her office on July 31, 2018, which means that she will not be able to attend hearings and/or comply with deadlines which may become due during this short period.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court take notice of the above stated for all pertinent purposes and order that no hearings or deadlines will be scheduled in this case from July 23, 2018 until July 31, 2018. In the alternative, it is respectfully requested that this Honorable Court extend or continue any events, deadlines, or hearings and, particularly, any events deadlines, or hearings related to PRAPI which may become due from July 23, 2018 and until July 31, 2018, when the undersigned will return to her office.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system and that notice has been sent by mail to the interested parties

---

[1] (Hereinafter, "PRAPI SUB I")

not appearing in said system.

**RESPECTFULLY SUBMITTED**, in Guaynabo, Puerto Rico, this 19th day of July 2018.

**DELGADO-MIRANDA LAW OFFICES**
Offices: Calico Court, Carr. #2 #173, Suite 201
Guaynabo, PR 00966
Mail: PMB 112, 130 Winston Churchill Ave., Ste. 1
San Juan, PR 00926
T: (787)717-7178
*S/BRISEIDA Y. DELGADO-MIRANDA*
U.S.D.C.P.R. #223214
E-mail: delgadomirandalaw@gmail.com