IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EVELIO DROZ RAMOS<br>AUREA ESTHER FRANCO DE DIAZ<br><br>xx-xx-9253<br>xx-xx-2529<br>Debtor(s) | CASE NO. 14-08190-ESL13<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON JAN/15/2020 |

ORDER

The debtors' reply to the trustee's motion dismiss and request for extension of time to cure balance on plan arrears (Docket Entry #134) is hereby granted. The debtor shall move the court within ninety (90) days submitting evidence that the lump sum payment resulting from the sale of property has been made.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of January, 2020.

*Enrique S. Lamoutte*
United States Bankruptcy Judge